**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **QUXUZ LLC,**<br><br>  PLAINTIFF,<br><br>  V.<br><br>**WEDDING WINDOW, INC.,**<br><br>  DEFENDANT. | Civil Action No. _____<br><br>**JURY TRIAL DEMANDED** |

**COMPLAINT FOR PATENT INFRINGEMENT**

This is an action for patent infringement in which Plaintiff, Quxuz LLC ("Quxuz"), makes the following allegations against defendant, Wedding Window, Inc. ("Wedding Window").

**PARTIES**

1. Plaintiff, Quxuz, is a Texas limited liability company having a principal place of business at 1100 Judson Road, Suite 722, Longview, Texas 75601.

2. On information and belief, Defendant, Wedding Window, Inc., is a Massachussetts corporation with a place of business at 26 Bessom Street, Marblehead, MA 01945.

**JURISDICTION AND VENUE**

3. This action arises under the patent laws of the United States, Title 35 of the United States Code.  This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4. Venue is proper in this district under 28 U.S.C. §§ 1391(c) and 1400(b).  On

-2-

information and belief, Wedding Window has transacted business in this district, and has committed acts of patent infringement in this district.

5.     On information and belief, Wedding Window is subject to this Court's specific and general personal jurisdiction pursuant to due process and/or the Texas Long Arm Statute, due at least to its substantial business in this forum, including: (i) at least a portion of the infringement alleged herein; and (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct, and/or deriving substantial revenue from goods and services provided to individuals in Texas and in this Judicial District.

## COUNT I
## INFRINGEMENT OF U.S. PATENT NO. 7,353,199

6.     Quxuz is the sole owner by assignment of the entire right, title, and interested in United States Patent No. 7,353,199 (the "'199 patent") entitled "Method of Moderating External Access to an Electronic Document Authoring Development and Distribution."  The '199 patent issued on April 1, 2008.  A true and correct copy of the '199 patent is included as Exhibit A.

7.     Upon information and belief, Wedding Window has been and now is infringing, both literally and/or under the doctrine of equivalents, the claims of the '199 patent in the State of Texas, in this judicial district, and elsewhere in the United States, by, among other things, making, using, importing, offering for sale, and/or selling one or more document authoring, development and distribution systems covered by one or more claims of the '199 patent ("Accused Products").  By making, using, importing, offering for sale, and/or selling the Accused Products, for example www.weddingwindow.com, that are covered by one or more claims of the '199 patent, Wedding Window has injured Quxuz and is thus liable to Quxuz for infringement of the '199 patent pursuant to 35 U.S.C. §271.

8.      As a result of Wedding Window's unlawful infringement of the '199 patent, Quxuz has suffered and will continue to suffer damage.  Quxuz is entitled to recover from Wedding Window the damages adequate to compensate for such infringement, which have yet to be determined.

## PRAYER FOR RELIEF

WHEREFORE, Quxuz prays for a Judgment from this Honorable Court in favor of Quxuz and against Wedding Window as follows:

1.      That the '199 patent is valid and enforceable;

2.      That Wedding Window has infringed the '199 patent;

3.      An order requiring Wedding Window to pay Quxuz its damages, costs, expenses, and pre-judgment and post-judgment interest for Wedding Window's infringement of the '199 patent as provided under 35 U.S.C. § 284;

4.      An order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding to Quxuz its reasonable attorneys' fees; and

5.      Any and all other relief to which Quxuz may show itself to be entitled.

-4-

Respectfully submitted,

**Quxuz LLC**

Dated: April 23, 2014

By: /s/ *Andrew W. Spangler*
   Andrew W. Spangler
   State Bar No. 24041960
   SPANGLER LAW P.C.
   208 N. Green St., Ste. 300
   Longview, Texas  75601
   Telephone: 903/753-9300
   Facsimile: 903/553-0403
   spangler@spanglerlawpc.com

   August J. Matteis, Jr.
   Peter J. Toren
   James A. Fussell, III
   Sean J. Williams
   Weisbrod Matteis & Copley PLLC
   1900 M Street, NW Suite 850  Washington, DC 20036
   202-499-7900
   amatteis@wmclaw.com
   ptoren@wmclaw.com
   jfussell@wmclaw.com
   swilliams@wmclaw.com

  **ATTORNEYS FOR PLAINTIFF**
  **QUXUZ LLC**